# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| GHAUS MALIK,<br><br>            Plaintiff,<br><br>vs.<br><br>FARHAN MALIK,<br>JOHN MALIK,<br>ILLIASSER ROBIN ARIAS, and<br>WELLS FARGO CLEARING SERVICES, LLC<br>dba WELLS FARGO ADVISORS,<br><br>            Defendants. | Case No. 2:23−CV−01344−TLN−CKD<br><br>**ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS**<br><br>First Amended Complaint Filed:   8/18/23<br>Second Amended Complaint Filed:   6/4/24 |

///

///

# ORDER

The Court, having duly considered the parties' concurrently-filed Stipulation to Extend Time to Respond to Plaintiff's Second Amended Complaint, and good cause appearing, orders as follows:

Defendants WELLS FARGO CLEARING SERVICES, LLC dba WELLS FARGO ADVISORS and ILLIASER ROBIN ARIAS's deadline to file a responsive pleading to Plaintiff GHAUS MALIK's Second Amended Complaint is hereby extended to July 8, 2024.

**IT IS SO ORDERED.**

Dated: June 11, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE