UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHAUS MALIK,<br><br>    Plaintiff,<br><br>    v.<br><br>FARHAN MALIK, et al.,<br><br>    Defendants. | No.  2:23–cv–1344–TLN–CKD (PS)<br><br>ORDER SETTING STATUS CONFERENCE |

This action, proceeding on the Second Amended Complaint (ECF No. 51), has been assigned to District Judge Troy L. Nunley and Magistrate Judge Carolyn K. Delaney.  Because at least one party is proceeding pro se, the Magistrate Judge will (1) resolve any non–dispositive matters, and (2) conduct all hearings and issue findings and recommendations on any dispositive matters.  Local Rule 302(c)(21).

Should the parties wish to consent to the jurisdiction of the Magistrate Judge for *all* purposes, including for the entry of final judgment, they may do so using the "Consent/Decline" form docketed at ECF No. 3-1.  28 U.S.C. § 636(c).  There is no obligation to consent, and under Federal Rule of Civil Procedure 73(b)(1), the judges handling the case will not be notified of a party's designation unless all parties have consented.  However, because a consent/decline designation assists the court in determining how the action will be administratively processed, <u>all parties who have not returned the "Consent/Decline" form are directed to submit it to the Clerk of</u>

1

<u>the Court no later than July 10, 2024.</u>

Pursuant to Federal Rule of Civil Procedure 16, and Local Rule 240, IT IS HEREBY ORDERED:

1. A Status (Pretrial Scheduling) Conference is set for Wednesday, July 31, at 10:00 a.m. before Magistrate Judge Delaney. The hearing will be conducted remotely by Zoom. All parties shall appear by counsel or in person if acting without counsel. Instructions for connecting will be provided closer to the hearing date.

2. Not later than 7 days prior to the Status Conference, the parties shall file a joint status report briefly describing the case and addressing the following:

    a. Service of process;
    b. Possible joinder of additional parties;
    c. Any expected or desired amendment of the pleadings;
    d. Jurisdiction and venue;
    e. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;
    f. Anticipated motions and their scheduling, including setting appropriate cut−off dates for discovery and law and motion;
    g. Special procedures, if any;
    h. Whether the case is related to any other cases, including bankruptcy;
    i. Whether a settlement conference should be scheduled, and if so, whether (A) the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of his so acting, or (B) they prefer to have a settlement conference conducted before another judge; and
    j. Any other matters that affect the just and expeditious disposition of this matter.

3. The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. <u>See</u> Local Rule 160.

Dated: June 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/malik1344.order setting status conf