JEREMY J. SCHROEDER – SBN 223118
JOHN DAVID WOOTEN – SBN 339253
**SCHROEDER SCHAFF & LOW, INC.**
2205 Plaza Drive, Suite 225
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile:  (916) 672-6602

Attorneys for defendant and cross-claimant,
FARHAN MALIK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHAUS MALIK; G. AND P. MALIK LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FARHAN MALIK, IRFAN JOHN MALIK, ILIASSER ROBIN ARIAS, and WELLS FARGO ADVISORS,<br><br>Defendants. | CASE NO. 2:23-cv-01344-CKD<br><br>**ORDER AMENDING SCHEDULING ORDER (ECF 104)** |

Upon consideration of the parties' Joint Stipulation to Amend the Scheduling Order, and good cause appearing, the Court orders as follows:

**IT IS HEREBY ORDERED THAT:**

All orders and deadlines outlined in the Court's November 25, 2024 Scheduling Order (ECF 104) not herein amended remain in effect at this time and until further notice. The Scheduling Order is amended as follows:

////

////

////

////

////

1. Fact discovery is continued from February 14, 2024 to March 21, 2025; and

2. The deadline for filing non-discovery motions, including dispositive motions, is continued from April 4, 2025 to May 9, 2025.

**IT IS SO ORDERED.**

Dated: 02/12/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE