DAN ROWAN CORTRIGHT, SBN 206856
THE ROWAN FIRM
PO Box 2061
Sebastopol, California 95473
707-360-1009
dan@therowanfirm.com

Attorney for Plaintiffs
GHAUS MALIK and
G. AND P. MALIK LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHAUS MALIK; G. AND P. MALIK LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FARHAN MALIK, IRFAN JOHN MALIK, ILIASSER ROBIN ARIAS, and WELLS FARGO ADVISORS, <br><br> Defendants. | Case No.: 2:23-cv-01344- CKD <br><br> [Assigned to Hon. Carolyn K. Delaney, Magistrate Judge] <br><br> **ORDER MODIFYING SCHEDULING ORDER** |

The joint Stipulation to Modify Scheduling Order of the parties was reviewed and considered by this Court. The Court, having reviewed the Stipulation and finding good cause to grant same, orders as follows:

The Scheduling Order is hereby modified as follows:

Expert disclosure deadline: July 1, 2025

Rebuttal expert disclosure deadline: July 31, 2025

Dispositive motions deadline: August 15, 2025

Final pretrial conference: December 10, 2025

////

////

Jury trial: January 20, 2026 at 9:30 am

IT IS SO ORDERED.

Dated:  May 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE