UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GHAUS MALIK, et al.,

         Plaintiffs,

    v.

FARHAN MALIK, et al.,

         Defendants.

_____

GHAUS MALIK,

         Plaintiff,

    v.

ROBIN ARIAS, et al.,

         Defendants.

No. 2:23-cv-01344-CKD

No. 2:25-cv-03111-DJC-SCR

RELATED CASE ORDER

Defendant Robin Arias has filed a notice of related cases in both of the above-captioned actions.  Examination of these actions reveals that they are related within the meaning of Local Rule 123(a).  Here, the Court finds that both actions involve the same parties and are based on the same or a similar claim and that it would involve a substantial duplication of labor if the actions were heard by different Judges.  Local

1

Rule 123(a)(1), (4).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:25-cv-03111 is reassigned from Magistrate Judge Sean C. Riordan to Magistrate Judge Carolyn K. Delaney.  The undersigned shall remain assigned to that action.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:25-cv-03111-DJC-CKD.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **January 16, 2026**

_____
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1 – renteria-hinojosa23cv1673.related_cases

2